UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TENNESSEE VALLEY AUTHORITY,<br><br>　　　　　Defendant. | No.: 21-cv-00319-TAV-HBG<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

　　Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move for summary judgment. For the reasons fully set forth in the accompanying memorandum and declarations, there are no genuine issues of material fact in dispute, and Plaintiffs are entitled to judgment as a matter of law. In support of this motion, Plaintiffs hereby submit the accompanying Memorandum of Law, along with Plaintiffs' Declarations and Exhibits thereto.

　　Plaintiffs respectfully request that the Court hear oral argument on Plaintiffs' motion.

DATED: December 13, 2021

/s/ Rachel L. Wolf
Rachel L. Wolf
BPR 026034
Law Office of Rachel Wolf
706 Walnut Street, Suite 401
Knoxville, TN 37902
(865) 325-9653
Rlwolf.esq@gmail.com

Respectfully submitted,

/s/ Howard M. Crystal
Howard M. Crystal
(D.C. Bar No. 446189)*
Anchun Jean Su
(D.C. Bar No. CA285167)*
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
(202) 809-6926
hcrystal@biologicaldiversity.org
jsu@biologicaldiversity.org

*Admitted pro hac vice*

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that the foregoing documents were filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*/s/ Howard M. Crystal*
Howard M. Crystal